UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:02-CR-243-T-EAK-MAP

MYRON BOBO COOK
_____/

**ORDER**

This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Doc. 190). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. The Court has received and reviewed the response (Docket No. 194 and Probation's Amended Retroactive Crack Cocaine Amendment Eligibility Assessment). The defendant, though given the opportunity to file a response, failed to file a timely response. The Court agrees with the government and the Probation Office. The defendant is not eligible for a reduction in sentence based on the amended guidelines. Accordingly, it is.

**ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 12th day of June, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record